IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TREANDOUS COTTON,**<br><br>Plaintiff,<br><br>v.<br><br>**D. L. RUNNELS, et al.,**<br><br>Defendants. | 2:06-cv-1107 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including, July 29, 2007, to file their responsive pleading.

DATED: June 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cott1107.36ans