IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,          No. CIV S-06-1107 GEB DAD P

  vs.

D.L. RUNNELS, et al.,

    Defendants.      ORDER

_____/

        Plaintiff has requested an extension of time to file his opposition to the defendants' motion to dismiss, filed on July 26, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 14, 2007 request for an extension of time is granted; and

        2. On or before September 9, 2007, plaintiff shall file his opposition to defendants' motion to dismiss.

DATED: August 20, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
cott1107.36res