IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,                    No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

                             /

        Plaintiff has requested an extension of time to file his opposition to the defendants' motion to dismiss, filed on July 26, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 10, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file his opposition to defendants' motion to dismiss on or before October 15, 2007.

DATED: September 24, 2007.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
cott1107.36res(2)