IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THREANDOUS COTTON,

    Plaintiff,                    No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On April 25, 2007, the court ordered the United States Marshal to serve plaintiff's complaint on six defendants. Service has been effected on five of those defendants. The Marshal was unable to effect service on defendant Dr. Fleischman because the Marshal has been unable to locate this defendant and his name is not in the California Department of Corrections database.

        If plaintiff wishes to proceed with his claims against defendant Fleischman, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

1

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

        On August 14, 2007, plaintiff has filed a request for the entry of default against defendants Fleischman and Salenger.  As defendants noted in their opposition, defendant Salenger filed a timely answer on September 5, 2007.  As discussed above, defendant Fleischman has yet to be served.  Therefore, the request for entry of default will be denied.

        On September 20, 2007, plaintiff filed a request for entry of default against defendant Anthony.  Court records indicate that defendant Anthony was mailed the service of process on July 6, 2007 and that the waiver form was signed on July 30, 2007.  The court agrees that defendant Anthony's response to the complaint is past due.  However, in the interest of justice, the court will order defendant Anthony to file his response within thirty days.

        On September 24, 2007, plaintiff filed a document styled, "Motion For Supplemental Complaint," in which plaintiff requests leave to file a supplemental complaint to add Doe defendants.  As a general proposition, the Local Rules of this Court require that an action proceed on a pleading that is complete in itself without reference to prior pleadings.  See Local Rule 15-220.  Generally, this court does not authorize supplemental complaints as they present an undue risk of piecemeal litigation that precludes orderly resolution of cognizable claims.  Moreover, in light of defendants' pending motion to dismiss for failure to state a claim, the court is not persuaded that plaintiff will be able to cure the alleged defects by adding Doe defendants.  Therefore, plaintiff's motion will be denied.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed May 22, 2006;

/////

/////

2. Within sixty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

    a. One completed USM-285 form for defendant Dr. Fleischman;

    b. Two copies of the endorsed complaint filed May 22, 2006;

    c. One completed summons form;

3. Plaintiff's requests for default judgment, filed on August 14, 2007 and September 20, 2007, are denied;

4. Plaintiff's September 24, 2007 motion to supplement his complaint is denied; and

5. Within thirty days from the service of this order, defendant Anthony shall file his response to plaintiff's complaint.

DATED: September 26, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cott1107.8e+

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

      Plaintiff,                    No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,            NOTICE OF SUBMISSION

      Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ one completed summons form;

      ____ one completed USM-285 form; and

      ____ two true and exact copies of the complaint filed May 22, 2006.

DATED: _____.

                                        _____
                                        Plaintiff