IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THREANDOUS COTTON,

        Plaintiff,                   2:06-cv-1107-GEB-DAD-P

    vs.

D.L. RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On September 27, 2007, the Magistrate Judge issued an order denying plaintiff's requests for default judgment and motion to supplement his complaint. On October 22, 2007, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of September 27, 2007, is therefore untimely.

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 22, 2007 request
2  for reconsideration is denied.
3  Dated: November 29, 2007

GARLAND E. BURRELL, JR.
United States District Judge