IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,                         No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,              <u>ORDER AND</u>

    Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2007, this court ordered plaintiff to complete and submit a new USM-285 form to effect service on defendant Dr. Fleischman. On November 28, 2007, plaintiff submitted a USM-285 form; however, plaintiff did not provide a new address for service. Under the section of the form that allows special instructions for service, plaintiff lists: the Central Intelligence Agency in Langley, Virginia, Blackwater at North Carolina, and the Department of Defense at the Pentagon. Plaintiff has not complied with the court's order to provide information that will enable the United States Marshal to serve defendant Fleischman, and it appears that such information is unavailable. Therefore, the court will recommend that defendant Fleischman be dismissed as a defendant without prejudice.

/////

1         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 scan the first page of the USM-285 form submitted by plaintiff on November 28, 2007, and
3 attach it to the notice of submission of documents which is docketed as court document number
4 40.  Thereafter, the Clerk of the Court may discard the documents submitted with plaintiff's
5 November 28, 2007 notice of submission of documents.
6         Also, IT IS HEREBY RECOMMENDED that defendant Dr. Fleischman be
7 dismissed without prejudice.  See Fed. R. Civ. P. 4(m).
8         These findings and recommendations will be submitted to the United States
9 District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
10 twenty days after being served with these findings and recommendations, plaintiff may file
11 written objections with the court.  The document should be captioned "Objections to Findings
12 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
13 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
14 (9th Cir. 1991).
15 DATED: December 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

19 DAD:4
cott1107.4m

2