IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,               2:06-cv-1107-GEB-DAD-P

   vs.

D.L. RUNNELS, et al.,

    Defendants.        ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 19, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2008, are adopted in full;

2. Defendants' motion to dismiss, filed on July 26, 2007, is granted as to defendants Jackson and Guzman, but is denied as to defendant Sloss-Peck;

3. Defendant Sloss-Peck is ordered to file his answer within thirty days; and

4. Defendants Jackson and Guzman are dismissed from this action.

Dated: March 20, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2