IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,                 No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a request for entry of default pursuant to Fed. R. Civ. P. 55(a). On March 20, 2008, the District Judge adopted findings and recommendations filed on February 19, 2008 by the undersigned which recommended that defendants' motion to dismiss be granted as to defendants Jackson and Guzman, but denied as to defendant Sloss-Peck. The District Judge dismissed defendants Jackson and Guzman and ordered defendant Sloss-Peck to file an answer within thirty days. On March 26, 2008, defendant Sloss-Peck filed an answer. Accordingly, IT IS HEREBY ORDERED that plaintiff's March 26, 2008 request for entry of default is denied.

DATED: April 24, 2008.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cot1107.77a