IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,                    2:06-cv-1107-GEB-DAD-P

  vs.

D.L. RUNNELS, et al.,

    Defendants.                   <u>ORDER</u>

_____/

    Plaintiff has filed a request for reconsideration of this court's order filed March 20, 2008 adopting the findings and recommendations of the magistrate judge filed February 19, 2008. Plaintiff has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon his opposition to defendant's motion to dismiss. <u>See</u> E.D. Local Rule 78-230(k). Accordingly, plaintiff's April 18, 2008, motion for reconsideration is denied.

Dated: April 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge