IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,                    2:06-cv-1107-GEB-DAD-P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

                              /

        On May 7, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 25, 2008, denying plaintiff's request for entry of default. Pursuant to E.D. Cal. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 25, 2008, is affirmed.

Dated: May 29, 2008

                              GARLAND E. BURRELL, JR.
                              United States District Judge