IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TREANDOUS COTTON,<br><br>    Plaintiff,<br><br>v.<br><br>D. L. RUNNELS, et al.,<br><br>    Defendants. | No. CIV S-06-1107 GEB DAD P<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Good cause having been shown, Defendants' request for extension of time to reply to Plaintiff's opposition to Defendants' motion to dismiss (Docket No. 74) is granted. Defendants' shall have a fourteen day extension of time, to and including March 9, 2009, to reply to Plaintiff's opposition to Defendants' motion to dismiss.

DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cot1107.eot74

Orde re: Defendants' Request for Extension of Time to Reply to
Plaintiff's Opposition to Defendants' Motion to Dismiss