IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEANDOUS A. COTTON,

    Plaintiff,                        No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

         On January 26, 2009, plaintiff filed a second motion requesting an extension of time to file a motion to compel discovery. On January 20, 2009, the court denied plaintiff's first request for an enlargement of time in this regard. In this second motion, plaintiff does not clarify what discovery requests he would seek to address in a motion to compel and what information or research he was unable to obtain from the law library which prevented him from filing a timely discovery motion.

         Accordingly, IT IS HEREBY ORDERED that plaintiff's January 26, 2009 request for an enlargement of time to file a motion   compel (Doc. No. 70) is denied.

DATED: February 23, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cot1107.eot70