IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,  2:06-cv-1107-GEB-DAD-P

  vs.

D.L. RUNNELS, et al.,

    Defendants.  <u>ORDER</u>

_____/

      On February 2, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 20, 2009, denying plaintiff's request for an enlargement of time to conduct discovery and to file motions to compel discovery. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 20, 2009 (Docket No. 69), is affirmed.

Dated:  February 25, 2009

GARLAND E. BURRELL, JR.
United States District Judge