IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

        Plaintiff,               2:06-cv-1107-GEB-DAD-P

        vs.

D.L. RUNNELS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On May 18, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 29, 2009 (Doc. No. 93), denying plaintiff's motions.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

///

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 29, 2009, is affirmed.

Dated:  June 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge