IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

      Plaintiff,                        No. CIV S-06-1107 GEB DAD P

  vs.

D.L. RUNNELS, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Before the court are plaintiff's motion for the appointment of counsel and defendants' motion to modify the scheduling order.

        For the reasons set forth in the court's April 29, 2009 order, plaintiff's motion for the appointment of counsel will be denied.

        Turning to the defendants motion, the court previously granted defendants' March 20, 2009 motion to modify the scheduling order in this action.  Therein, the court vacated the dates for filing of pretrial statements, for pretrial conference and trial, and deferred setting a new deadline for the filing of pretrial motions pending resolution of defendants' motion to dismiss for failure to exhaust administrative remedies.  On June 10, 2009, the assigned District Judge ruled on the motion to dismiss.  In their renewed motion to modify the scheduling order, defendants

1

1 | now request that all dispositive motions be filed by July 31, 2009.  The court will grant
2 | defendants' motion in this regard.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |       1. Plaintiff's June 10, 2009 motion for the appointment of counsel (Doc. No. 99)
5 | is denied;
6 |       2. Defendants' June 11, 2009 motion to modify the scheduling order (Doc. No.
7 | 100) is granted; and
8 |       3. All pretrial motions, except motions to compel discovery, shall be filed on or
9 | before July 31, 2009.  Motions shall be briefed in accordance with paragraph 7 of this court's
10 | order filed April 25, 2007.
11 | DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cot1107.41mod

2