IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREANDOUS A. COTTON,

    Plaintiff,                         No. CIV S-06-1107 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed on March 4, 2010, plaintiff's request for a continuance to oppose defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56(f) was granted for the limited purpose of allowing plaintiff to obtain an affidavit from his former cellmate. (Doc. No. 120). At that time, the court denied defendants' motion for summary judgment without prejudice, permitting defendants to either file an amended motion or to renew their previously filed motion for summary judgment following plaintiff's submission of the affidavit in question. On June 7, 2010, plaintiff filed the declaration of his former cellmate with the court. However, defendants have neither renewed their previously filed motion nor have they file an amended motion for summary judgment with the court.

/////

        Accordingly, IT IS HEREBY ORDERED that within thirty days from the service of this order, defendants shall file any amended motion for summary judgment or renewed motion they wish to pursue as contemplated in the court's March 4, 2010 order.  Plaintiff's opposition to defendants' motion shall be filed within thirty days after service of the motion, and defendants' reply, if any, shall be filed within seven days thereafter.  If defendants elect not to file an amended or renewed motion for summary judgment within the time provided, the court will issue a further order setting dates for the filing of pretrial statements, pretrial conference and trial before the Honorable Garland E. Burrell, Jr.

DATED: September 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cott1107.ord.msj